IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH S. GRABER,  :  Plaintiff,  : | |
| : | CIVIL ACTION |
| v.                                             : | NO. 14-5864 |
| : | |
| CAROLYN W. COLVIN, Acting        : | |
| Commissioner of Social Security,   : | |
| Defendant.          : | |

## ORDER

AND NOW, this 12th day of October, 2016, upon careful and independent consideration, the record reveals that the Commissioner did not apply correct legal standards and that the record does not contain substantial evidence to support the ALJ's findings of fact and conclusions of law. As a result, this action must be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is hereby ORDERED that:

1. The Report and Recommendation (Dkt No. 18) is APPROVED AND ADOPTED;

2. Judgment is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED for further administrative proceedings consistent with the Report and Recommendation; and

3. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.